# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-025-RJC-DCK

| | |
|---|---|
| SENTRY CASUALTY COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CANAL INSURANCE COMPANY; INTERSTATE RESOURCES, INC.; INTERSTATE PAPER, LLC; MICHAEL JOSEPH WINGATE; DENISE VENATOR, as surviving spouse of RICKY LEE VENATOR, and as the Administratrix of the Estate of RICKY LEE VENATOR, | ) |
| Defendants. | ) |
| CONTINENTAL CASUALTY COMPANY, | ) |
| Intervenor-Plaintiff, | ) |
| v. | ) |
| CANAL INSURANCE COMPANY, | ) |
| Intervenor-Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 43) filed by Allison J. Becker, concerning Theodore Joseph May on June 7, 2016. Mr. Theodore Joseph May seeks to appear as counsel *pro hac vice* for Defendant Continental Casualty Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 43) is **GRANTED.** Mr. Theodore Joseph May is hereby admitted *pro hac vice* to represent Defendant Continental Casualty Company.

**SO ORDERED**.

Signed: June 7, 2016

David C. Keesler
United States Magistrate Judge