**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-025-RJC-DCK**

| | |
|---|---|
| SENTRY CASUALTY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CANAL INSURANCE COMPANY; )<br>INTERSTATE RESOURCES, INC.; )<br>INTERSTATE PAPER, LLC; MICHAEL )<br>JOSEPH WINGATE; DENISE VENATOR, )<br>as surviving spouse of RICKY LEE )<br>VENATOR, and as the Administratrix of the )<br>Estate of RICKY LEE VENATOR, )<br>)<br>Defendants. )<br>_____ )<br>)<br>CONTINENTAL CASUALTY COMPANY, )<br>)<br>Intervenor-Plaintiff, )<br>)<br>v. )<br>)<br>CANAL INSURANCE COMPANY, )<br>)<br>Intervenor-Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Continental Casualty Company's Motion To Intervene" (Document No. 39) filed June 7, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion. The undersigned notes that no opposition, or any other response has been filed, and the time to do so has lapsed. See Local Rule 7.1(E).

**IT IS, THEREFORE, ORDERED** that "Continental Casualty Company's Motion To Intervene" (Document No. 39) is **GRANTED**.[1]

**SO ORDERED**.

Signed: June 29, 2016

David C. Keesler
United States Magistrate Judge

---

[1] The Administrative Procedures Governing Filing and Service by Electronic Means, revised January 1, 2012, at Part II, Section A, Paragraph 8, provide that: "If filing a document requires leave of the Court, such as an amended complaint, the attorney shall attach the proposed document as an exhibit to the motion according to the procedures in IV. If the Court grants the motion, the filer will be responsible for electronically filing the document on the case docket."